**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER GALLAGHER,**                                          **PLAINTIFF**
**ADC #156002**

**v.**            **CASE NO. 5:16-CV-00113-BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                               **DEFENDANT**

**ORDER**

The proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 12] and plaintiff Christopher Gallagher's objections [Doc. No. 13] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, the clerk is directed to dismiss Gallagher's petition for writ of habeas corpus [Doc. No. 2], and a certificate of appealability is denied.

IT IS SO ORDERED this 6th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE